# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

LORA L. PATTERSON,                )
                                  )
       Plaintiff,               )
                                  )
vs.                               )   Case No.  CIV-11-0439-F
                                  )
REMINGTON PARK CASINO             )
GLOBAL GAMING CHICKASAW           )
NATION,                           )
                                  )
       Defendant.               )

## ORDER

The Report of Magistrate Judge Gary M. Purcell (doc. no. 3) recommends that plaintiff's application to proceed without prepayment of fees (doc. no. 2) be denied. The Report is **ADOPTED**, and plaintiff's application to proceed *in forma pauperis* is **DENIED**.  Plaintiff has now paid the filing fee.  (Receipt, doc. no. 4.)  Accordingly, dismissal is not called for.

Dated this 13th day of May, 2011.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-0439p001.wpd